UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PJ COTTER,

    Plaintiff,

v.

U.S. BANK, N.A. AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4; OCWEN LOAN SERVICING, LLC; and TROTT LAW, P.C.,

    Defendants.

Case No. 16-13080

Hon. Sean F. Cox
Mag. Anthony P. Patti

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas M. Schehr of the law offices of Dykema Gossett PLLC, hereby enters his appearance as counsel of record on behalf of Defendants Ocwen Loan Servicing, LLC and U.S. Bank, National Association. As Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4.

Please direct all future pleadings, notices and correspondence accordingly.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: /s/ Thomas M. Schehr

Thomas M. Schehr (P54391)
Nasseem S. Ramin (P73513)
*Attorneys for Defendants*
400 Renaissance Center, 37th Floor
Detroit, MI 48243
(313) 568-6800
tschehr@dykema.com
nramin@dykema.com

Date: August 25, 2016

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and I hereby certify that I have mailed by first class U.S. Mail with postage fully prepaid the same to:

PJ Cotter
PO Box 131
Anchorville, MI 48004

/s/ Thomas M. Schehr