# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

P J COTTER,

    Plaintiff,

v

U.S. BANK, N.A., AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4; OCWEN LOAN SERVICING, LLC; and TROTT LAW, P.C.

    Defendants.

Case No. 2:16-cv-13080
Judge: Sean F. Cox
Magistrate: Anthony P. Patti

## **APPEARANCE**

PLEASE BE ADVISED that the law firm of TROTT LAW, P.C., by Attorney Paul Santi, hereby enters its appearance on behalf of Defendant Trott Law, P.C. This appearance shall constitute an appearance of every member of the firm.

Date: September 1, 2016

Respectfully submitted,
TROTT LAW, P.C.

By: Paul Santi (P74337)
Attorney for Defendant

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Thomas M. Schehr (P54391)
tschehr@dykema.com

Naseem S. Ramin (P73513)
narmin@dykema.com


, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:


P J Cotter
PO Box 131
Anchorville, MI 48004

                                        Respectfully submitted,
                                        Trott Law, P.C.

Dated: September 1, 2016        s/ Paul Santi (P74337)
                                        Trott Law, P.C.
                                        Attorneys for Defendant Trott Law, P.C.
                                        31440 Northwestern Hwy., Ste. 200
                                        Farmington Hills, MI 48334
                                        psanti@trottlaw.com
                                        (248) 723-6007/Fax (248)205-4118
                                        T#464036L02