UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PJ Cotter,

                Plaintiff(s),

v.                                          Case No. 2:16−cv−13080−SFC−APP
                                              Hon. Sean F. Cox

U.S. Bank, N.A. as Trustee for
Greenpoint Mortgage Funding
Trust Mortgage Pass−Through
Certificates, Series 2006−AR4,
et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 252. The following motion(s) are scheduled for hearing:

      Motion to Dismiss − #5

- MOTION HEARING: January 19, 2017 at 03:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/S Burns
                                                  Acting in the absence of Jennifer McCoy

Dated:   September 1, 2016