UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PJ Cotter,

                Plaintiff(s),

v.                                               Case No. 2:16−cv−13080−SFC−APP
                                              Hon. Sean F. Cox

U.S. Bank, N.A. as Trustee for
Greenpoint Mortgage Funding
Trust Mortgage Pass−Through
Certificates, Series 2006−AR4,
et al.,

                Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

   **IT IS ORDERED** that the following motion(s) are referred to United States Magistrate Judge Anthony P. Patti for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

       Motion to Dismiss − #5

                                         s/Sean F. Cox_____
                                         Sean F. Cox
                                         United States District Judge

### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                         s/S Burns_____
                                         Acting in the absence of Jennifer McCoy