UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PJ Cotter,

                        Plaintiff(s),

v.                                               Case No. 2:16–cv–13080–SFC–APP
                                                 Hon. Sean F. Cox

U.S. Bank, N.A. as Trustee for
Greenpoint Mortgage Funding
Trust Mortgage Pass–Through
Certificates, Series 2006–AR4,
et al.,

                        Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion to Dismiss – #5

IT IS HEREBY ORDERED that PJ Cotter shall file a response to the above document on or before October 11, 2016. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                                 s/Anthony P. Patti
                                                 Anthony P. Patti
                                                 U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                             By: s/M Williams
                                                  Case Manager

Dated:   September 8, 2016