

**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

P J COTTER,

Plaintiff,

v.

U.S. BANK, N.A. AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4; OCWEN LOAN SERVICING, LLC; and TROTT LAW, P.C.,

Defendants.

Case No. 16-13080

Honorable Sean F. Cox

Magistrate Judge Anthony P. Patti

FILED
2016 OCT 17 P 1:1
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW HIS EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, P J Cotter, ("Cotter") respectfully moves the court to permit him to withdraw his ***Emergency Motion for Temporary Restraining Order and Preliminary Injunction.***

Background and justification for withdrawal is addressed in the accompanying brief.

Respectfully submitted,

By: ______________________________

P J Cotter, Pro se
PO Box 131
Anchorville, MI 48004
810-459-6972
pocmich@yahoo.com

Date: October 17, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2016, I filed a hardcopy of the foregoing document with the Clerk of the Court, which will send notification of such filing to all registered recipients, and upon the following by first-class United States mail, with postage prepaid:

Nasseem S. Ramin
**DYKEMA GOSSETT PLLC**
400 Renaissance Center, 37th Floor
Detroit, MI 48243
nramin@dykema.com

Paul J. Santi
**TROTT LAW, P.C.**
31440 Northwestern Hwy
Suite 200
Farmington Hills, MI 48334
psanti@trottlaw.com

Courtesy copies were sent to the email addresses above.

P J Cotter, Pro se
PO Box 131
Anchorville, MI 48004
810-459-6972
pocmich@yahoo.com

**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

P J COTTER,

Plaintiff,

v.

U.S. BANK, N.A. AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4; OCWEN LOAN SERVICING, LLC; and TROTT LAW, P.C.,

Defendants.

Case No. 16-13080

Honorable Sean F. Cox

Magistrate Judge Anthony P. Patti

---

PLAINTIFF'S BRIEF IN SUPPORT OF HIS
UNOPPOSED MOTION TO WITHDRAW HIS
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

---

Plaintiff, P J Cotter, ("Mr. Cotter") respectfully submits the following in support of his **Unopposed Motion to Withdraw His Emergency Motion for Temporary Restraining Order and Preliminary Injunction.**

As the motion is unopposed, oral argument is not requested.

## BACKGROUND

Mr. Cotter initially filed suit in Michigan's County courts. Mr. Cotter also sought a 'Show Cause Order.'

The action was removed to this court with agreement of all Defendants.

Mr. Cotter learned his property was to be sold October 13, 2016. He was receiving conflicting information regarding the sale from the parties.

Recognizing the Local Rules do not permit Show Cause Orders, Mr. Cotter filed his **Emergency Motion for Temporary Restraining Order and Preliminary Injunction** (the "Motion").

Mr. Cotter was copied on an email exchange on October 11, 2016, between Nasseem S. Ramin, of DYKEMA GOSSETT PLLC, representing the Trustee and Servicer and Ms. McCoy, Case Manager to the Honorable Sean F. Cox, which reads,

> *Ms. McCoy,*
> *"While we disagree with the arguments in the motion . . . the subject property will not be sold during the pendency of this case in this Court."*

Relying on the email exchange, which copied all parties, Mr. Cotter believes it is now proper to withdraw his Motion.

## AUTHORITIES

No rule specifically governs the withdrawal of filed documents. However, the rules that address withdrawal in other contexts suggest that it can be done only by motion. *See* FRCP 36(b) (withdrawing admissions by motion), FRCP 38(d) (withdrawal of demand for jury trial on consent of parties). Voluntary dismissal of actions, as opposed to withdrawal of documents, is governed by FRCP 41(a).

## PLAINTIFF'S RESERVATION

Mr. Cotter reserves the right to amend and refile the Motion should any Defendant or other party initiate a foreclosure by advertisement before this matter is fully adjudicated.

Respectfully submitted,

By: P J Cotter

P J Cotter, Pro se
PO Box 131
Anchorville, MI 48004
810-459-6972
pocmich@yahoo.com

Date: October 17, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, I filed a hardcopy of the foregoing document with the Clerk of the Court, which will send notification of such filing to all registered recipients, and upon the following by first-class United States mail, with postage prepaid:

Nasseem S. Ramin
**DYKEMA GOSSETT PLLC**
400 Renaissance Center, 37th Floor
Detroit, MI 48243
nramin@dykema.com

Paul J. Santi
**TROTT LAW, P.C.**
31440 Northwestern Hwy
Suite 200
Farmington Hills, MI 48334
psanti@trottlaw.com

Courtesy copies were sent to the email addresses above.

P J Cotter

P J Cotter, Pro se
PO Box 131
Anchorville, MI 48004
810-459-6972
pocmich@yahoo.com

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

P J COTTER,

Plaintiff,

v.

U.S. BANK, N.A. AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4; OCWEN LOAN SERVICING, LLC; and TROTT LAW, P.C.,

Defendants.

Case No. 16-13080

Honorable Sean F. Cox

Magistrate Judge Anthony P. Patti

---

**ORDER**

After considering Plaintiff, P J Cotter's ***Motion to Withdraw His Emergency Motion for Temporary Restraining Order and Preliminary Injunction***, the Court

**GRANTS** the motion to withdraw.

SIGNED on ______________________, 2016.

______________________
U. S. DISTRICT JUDGE / MAGISTRATE

APPROVED & ENTRY REQUESTED:

P J Cotter, Plaintiff, Pro se