UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PJ Cotter,

          Plaintiff(s),

v.                                       Case No. 2:16−cv−13080−SFC−APP
                                     Hon. Sean F. Cox

U.S. Bank, N.A. as Trustee for
Greenpoint Mortgage Funding
Trust Mortgage Pass−Through
Certificates, Series 2006−AR4,
et al.,

          Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

      Motion for Summary Judgment − #13

IT IS HEREBY ORDERED that PJ Cotter shall file a response to the above document on or before November 17, 2017. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                      s/Anthony P. Patti
                                      Anthony P. Patti
                                      U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                  By: s/M Williams
                                      Case Manager

Dated: October 18, 2016