UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PJ Cotter,

    Plaintiff,

v.                                                                                  Case No. 16-13080

U.S. Bank, N.A., *et al.*,                                             Sean F. Cox
                                                          United States District Court Judge

    Defendants.
_____/

## JUDGMENT

For the reasons set forth in Reports and Recommendation issued on April 4, 2017, and April 5, 2017, and an Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

Dated: May 2, 2017                                              s/Sean F. Cox
                                                                                    Sean F. Cox
                                                                                     U. S. District Judge

I hereby certify that on May 2, 2017, the foregoing document was served on counsel of record via electronic means and upon PJ Cotter via First Class mail at the address below:

PJ Cotter
PO Box 131
Anchorville, MI 48004

                                                                                         s/J. McCoy
                                                                                         Case Manager