

DET 104241

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| P J COTTER, | Case No. 16-13080 |
| Plaintiff, | Honorable Sean F. Cox |
| v. | Magistrate Judge Anthony P. Patti |
| U.S. BANK, N.A. AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4; OCWEN LOAN SERVICING, LLC; and TROTT LAW, P.C., | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is given that Plaintiff, PJ Cotter, hereby appeals to the United States Court of Appeals for the Sixth Circuit, from its **JUDGMENT** (DE 30) dismissing Plaintiff's Claim with prejudice, entered in this action on May 2, 2017.

Date: June 1, 2017

P J Cotter, Pro se
PO Box 131
Anchorville, MI 48004
810-459-6972
pocmich@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, I personally filed a hardcopy of the foregoing document with the Clerk of the Court, which will send notification of such filing to all registered recipients via the ECF, and upon the following by first-class United States mail, with postage prepaid:

Nasseem S. Ramin
**DYKEMA GOSSETT PLLC**
400 Renaissance Center, 37th Floor
Detroit, MI 48243

Paul J. Santi
**TROTT LAW, P.C.**
31440 Northwestern Hwy
Suite 200
Farmington Hills, MI 48334

*/s/ P J Cotter*
P J Cotter, Pro se
PO Box 131
Anchorville, MI 48004