UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PJ Cotter,

                Plaintiff(s),

v.                                                           Case No. 2:16–cv–13080–SFC–APP
                                                            Hon. Sean F. Cox

U.S. Bank, N.A. as Trustee for
Greenpoint Mortgage Funding
Trust Mortgage Pass–Through
Certificates, Series 2006–AR4,
et al.,

                Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on June 1, 2017.


                                                        DAVID J. WEAVER, CLERK OF COURT


                                                    By: <u>s/ D. Peruski</u>
                                                          Deputy Clerk


Dated:   June 1, 2017