UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PJ Cotter,

    Plaintiff,

v.                                   Case No. 16-13080

U.S. Bank, N.A., *et al.*,          Sean F. Cox
                                         United States District Court Judge

    Defendants.

_____/

## ORDER DENYING
## PLAINTIFF'S MOTION TO CORRECT CLERICAL ERROR (D.E. NO. 31).

Acting *pro se*, Plaintiff PJ Cotter filed this action in state court, naming three Defendants (U.S. Bank, Ocwen Loan Servicing, LLC, and Trott Law, P.C.) and seeking to halt a pending foreclosure and sheriff's sale of his property in St. Clair County, Michigan.

Defendants removed the action to this Court on August 25, 2016. Thereafter, on September 1, 2016, a Motion to Dismiss was filed by Defendant Ocwen and U.S. Bank. (D.E. No. 5). On October 12, 2016, Defendant Trott filed its own dispositive motion. (D.E. No. 13). Both motions were referred to Magistrate Judge Anthony Patti for issuance of reports and recommendations.

In a twenty-one page Report and Recommendation ("R&R") issued on April 4, 2017 (D.E. No. 24), the magistrate judge carefully considered all of the claims asserted against U.S. Bank and Ocwen. He concluded that Plaintiff has failed to state a claim upon which relief can be granted against Defendants U.S. Bank and Ocwen" and recommended that the Court "grant Defendants' motion to dismiss the complaint in its entirety, on the merits." (*Id*. at Pg ID 894).

1

In an R&R issued on April 5, 2017 (D.E. No. 25), the magistrate judge addressed the sparse and conclusory allegations against Defendant Trott and recommended that the Court grant Defendant Trott's motion and dismiss Defendant Trott from this action.

In an Order issued on May 2, 2017, this Court adopted both R&R's and dismissed Plaintiff's claims.  (D.E. No. 29).

On May 18, 2017, Plaintiff filed a "Motion to Correct Clerical Error In Order (D.E. 29).  Under FRCP 60(a)."  (D.E. No. 31).  The motion, despite its title, does not identify any clerical error in this Court's May 2, 2017 Order.  Moreover, to the extent that the motion asks the Court to reconsider its May 2, 2017 Order, the motion sets forth no valid basis for reconsideration.

Accordingly, IT IS ORDERED that Plaintiff's Motion to Correct Clerical Error is DENIED.

IT IS SO ORDERED.

Dated:  June 6, 2017                                        s/Sean F. Cox
                                                            Sean F. Cox
                                                            U. S. District Judge

I hereby certify that on June 6, 2017, the foregoing document was served on counsel of record via electronic means and upon PJ Cotter via First Class mail at the address below:

PJ Cotter
PO Box 131
Anchorville, MI 48004

                                                            s/J. McCoy
                                                            Case Manager