# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 18, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

        Re: Case No. 17-1653, *P. Cotter v. U.S. Bank, N.A., et al*
            Originating Case No. : 2:16-cv-13080

Dear Clerk:

   Enclosed is a copy of the mandate filed in this case.

                        Sincerely yours,

                        s/Jeanine R. Hance
                        Case Manager
                        Direct Dial No. 513-564-7037

cc: Mr. P. J. Cotter
    Ms. Nasseem Sara Ramin
    Mr. Thomas M. Schehr
    Mr. Richard Arthur Welke

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-1653

_____

Filed: January 18, 2018

P. J. COTTER

       Plaintiff - Appellant

v.

U.S. BANK, N.A., as Trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4; OCWEN LOAN SERVICING, LLC; TROTT LAW, P.C.

       Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 12/27/2017 the mandate for this case hereby issues today.

COSTS: None